Sarah E. Marinho, SBN 293690
Dmitry Stadlin, SBN 302361
**STADLIN MARINHO LLP**
1570 The Alameda, Ste. 212
San Jose, CA 95126
T: (408) 645-7801
F: (408) 645-7802
E: sm@stadlinmarinho.com

Attorneys for Plaintiffs


DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
SABRINA M. BERDUX, State Bar #248927
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3929
Facsimile:    (415) 554-3837
E-Mail:       sabrina.m.berdux@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
NICOLE STEIN; and MOLLY BRAUN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| BRENDAN MACMILLAN, MELANIE MACMILLAN, MARGARET MACMILLAN and L.M., a minor,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, NICOLE STEIN, RONDA JOHNSON, MOLLY BRAUN, ANDREA CREED, and KIMIKO BURTON,<br><br>            Defendants. | Case No. 21-cv-09159-LB<br><br>STIPULATION AND ORDER TO DISMISS THE ACTION PURSUANT TO F.R.C.P. 41 |

1   **IT IS HEREBY STIPULATED** by and between the parties to this action through their
2   designated counsel that the action in its entirety, be and hereby is dismissed with prejudice
3   pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each side shall bear their own
4   attorney's fees and costs.

Dated:  June 26, 2023

>        DAVID CHIU
>        City Attorney
>        MEREDITH B. OSBORN
>        Chief Trial Deputy
>        SABRINA M. BERDUX
>        Deputy City Attorney
>
>        /S/ Sabrina M. Berdux
> By:_____
>        SABRINA M. BERDUX
>
>        Attorneys for Defendants
>        CITY AND COUNTY OF SAN FRANCISCO;
>        NICOLE STEIN; and MOLLY BRAUN

Dated:  June 26, 2023

>        STADLIN MARINHO LLP
>
>
> By:/s/*Sarah E. Marinho*_____
>        SARAH E. MARINHO
>
>        Attorneys for Plaintiffs
>        BRENDAN MACMILLAN, MELANIE
>        MACMILLAN, MARGARET MACMILLAN, and
>        L.M.
>
>        *\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory
>        has obtained approval from this signatory*

**ORDER**

**PURSUANT TO THE STIPULATION** of the parties to this action through their designated counsel, the case is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each side shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 27, 2023

_____
Judge Laurel Beeler